THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SYLVESTER E. ADAMS, Appellant.— In a *coram nobis* proceeding based upon an alleged violation of section 369 of the Code of Criminal Procedure, the defendant appeals from

an order of the County Court, Kings County, entered April 27, 1959, denying his application without a hearing. Order affirmed. No opinion. Nolan, P. J., Beldock, Kleinfeld, Christ and Pette, JJ., concur.